SIGAL CHATTAH, NVSBN 5634
United States Attorney
District of Nevada

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel, Office 7
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELFANASH BEDEDA | Case No.: 2:25-cv-00032-EJY |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION FOR EXTENSION OF TIME** (*FIRST REQUEST*) |
| FRANK BISIGNANO, Commissioner of Social Security,[1] | |
| Defendant. | |

    Defendant, Frank Bisignano, Commissioner of Social Security (Defendant), respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Brief (Dkt. No. 11, filed on April 9, 2025), currently due on May 9, 2025, by 31 days, through and including June 9, 2025. Defendant further requests that the deadline for Plaintiff's optional reply brief be extended to June 23, 2025.

---

[1] Frank Bisignano became the Acting Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

This is Defendant's first request for an extension of time to file a response. Good cause exists for this extension. Counsel is currently in the process of determining whether a settlement agreement is possible in this case. Additional time is required for Defendant's undersigned counsel and specialized attorneys within the undersigned's office to consider this option. If the case cannot be settled, then Defendant's counsel will proceed with filing Defendant's response to Plaintiff's Brief by the new due date of June 9, 2025. Counsel for Defendant advised counsel for Plaintiff of the need for this extension on May 7, 2025. Counsel for Plaintiff confirmed that Plaintiff does not object to this request.

It is therefore requested that Defendant be granted an extension of time to respond to Plaintiff's Brief, through and including June 9, 2025. This request is made in good faith and with no intention to unduly delay the proceedings.

Dated: May 7, 2025

Respectfully submitted,

SIGAL CHATTAH
United States Attorney

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 7, 2025